HEATHER E. WILLIAMS, #122664
Federal Defender
SANDHYA D. NADADUR, #361807
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Sandhya_nadadur@fd.org

Attorney for Defendant
WALTER MCDUFFIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER MCDUFFIE<br><br>Defendant. | Case No. 2:26-cr-00057-DAD<br><br>**STIPULATION AND ORDER TO ADVANCE ADMIT/DENY HEARING**<br><br>DATE: August 17, 2026<br>TIME: 9:30 AM<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between United States Attorney Eric Grant, through Assistant United States Attorney Ross Pearson, attorney for Plaintiff, and Federal Defender Heather E. Williams, through Assistant Federal Defender Sandhya Nadadur, attorney for Walter McDuffie, to advance the Admit/Deny Hearing for the above-captioned matter from its currently set date of August 17, 2026 and advance it to July 27, 2026 at 9:30 A.M. Both the United States Attorney's Office and United States Probation Office do not oppose advancing the admit/deny hearing.

////

////

////

////

////

////

Respectfully Submitted,

Dated: July 22, 2026

/s/ Sandhya D. Nadadur
SANDHYA D. NADADUR
Assistant Federal Defender
Attorney for Defendant
WALTER M[C]DUFFIE

Dated: July 22, 2026

ERIC GRANT
United States Attorney

/s/ Ross Pearson
Ross Pearson
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Admit/Deny hearing is advanced to July 27, 2026 at 9:30 A.M. before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **July 22, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE